UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**

MAR - 4 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**IN THE MATTER OF THE SEARCH OF:**  )
)
Matthews Manufacturing, Incorporated, 41 Branch )
Street, St. Louis, MO 63147, further described as )
three story brown brick building with a painted )
blue stripe between the second and third stories. )   No. 4: 15 MJ 3062 NCC
The word "Matthews" is shown vertically on the )
southwest corner of the building, and a blue )   **FILED UNDER SEAL**
awning is painted with a white "41" which faces )
south. The structure has two green doors which )
face south. On the north side of the building is a )
brown metal structure with a white garage – like )
door. )
)
)

## MOTION FOR SEALING OF ORDER

COMES NOW the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Hal Goldsmith, Assistant United States Attorney for said District and moves this Court for an order directing that the search warrant and application entered by this Court be sealed until September 4, 2015, except for limited purposes of providing same to defense counsel pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure.

In support of this Motion, the government provides the following facts establishing that (a) the government has a compelling interest in sealing the documents in question as they involve an ongoing criminal investigation which outweighs the public's qualified First Amendment right of access to review those documents; and (b) no less restrictive alternative to sealing is appropriate or practical.

This search warrant relates to an ongoing investigation that would be compromised if the facts of the warrant were disclosed at this time. Further, it protects the identities of individuals connected to the investigation

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

_/s/ Hal Goldsmith_

HAL GOLDSMITH, 32984MO
Assistant United States Attorney

Dated: March 4, 2015

2